**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 01-6497**

HENRY GUIDO JORDAN,

                                        Petitioner - Appellant,

        versus

THEODIS BECK, Secretary of the North Carolina
Department of Correction,

                                        Respondent - Appellee.

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  N. Carlton Tilley, Jr., Chief District Judge.  (CA-00-141-1)

Submitted:  August 28, 2001          Decided:  October 1, 2001

Before WIDENER, WILKINS, and MOTZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Henry Guido Jordan, Appellant Pro Se.  Howard Alan Pell, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Henry Guido Jordan appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Jordan v. Beck, No. CA-00-141-1 (M.D.N.C. Mar. 14, 2001). We also deny Jordan's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2